IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEALTH ASSURANCE LLC, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-3634-RRA |
| ) | |
| v. ) | |
| ) | |
| JEFFERSON COUNTY, AL, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

The plaintiff sued defendant Sheriff Mike Hale, in his individual capacity, for state law breach of contract. (Doc. 1). Defendant Hale filed a motion to dismiss (doc. 14), alleging that as sheriff of Jefferson County, he has absolute immunity for a claim of money damages against him in his individual capacity and that the complaint fails to allege that defendant Hale was a party to the contract in his individual capacity. The magistrate judge entered a report recommending that the court grant defendant Hale's motion to dismiss for the grounds alleged in the motion. (Doc. 22). Neither party has filed any objections.

Having carefully reviewed and considered de novo all materials in the court file, including the magistrate judge's report and recommendation (doc. 22), the court finds that the magistrate judge's report is due to be ADOPTED, and the court ACCEPTS his recommendation. The court finds that the motion to dismiss is due to be granted because defendant Hale has absolute immunity in this action in his individual capacity and because the plaintiff fails to allege that defendant Hale was a party to the contract in his individual capacity.

1

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 27th day of June, 2013.

                                                                    */s/ Karon O. Bowdre*
                                                                    KARON OWEN BOWDRE
                                                                    UNITED STATES DISTRICT JUDGE