

FILED
2014 Feb-10 AM 08:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTER DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HEALTH ASSURANCE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-cv-3634-JHE |
| ) | |
| ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on January 14, 2014, recommending that the defendant's motion for summary judgment be denied, with leave to re-file at the conclusion of discovery, and that any stay of the parties' Rule 26 obligations be lifted. Doc. 26. The parties were advised of their right to file specific written objections. The time to file objections has passed and no objections have been filed.

Having carefully reviewed and considered de novo the pertinent materials in the court file, including the report and recommendation, the court is of the opinion the magistrate judge's report and recommendation is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the motion for summary judgment (doc. 15) is DENIED and the stay of the parties' Rule 26 obligations is LIFTED. This case remains assigned to the magistrate judge for further proceedings consistent with this opinion and order.

DONE this 10th day of February, 2014.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**