FILED
2015 May-24 PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HEALTH ASSURANCE, LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CV: 2:12-cv-03634-RRA** |
| | ) | |
| **ADVANCED CORRECTIONAL HEALTHCARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SECOND AMENDED COMPLAINT

COMES NOW the plaintiff, by and through its undersigned counsel and amends its complaint in response to this Honorable Court's Order of May 20, 2015, and states as follows:

1. Plaintiff adopts and realleges all material averments of its previous complaints, to the extent necessary for this limited pleading.[1]

PARTIES

2. Plaintiff is a limited liability corporation organized and existing under the laws of the State of Mississippi. All members of the limited liability company, specifically, Dr. Carl Reddix, Dr. Michael Reddix, and Dr. Natalie Brookins-

[1] As this Second Amended Complaint is intended only to clarify issues of the Court's subject matter jurisdiction, no factual allegations are made. Plaintiff does not hereby waive any material allegations or claims for relief.

Reddix, are citizens of the State of Mississippi.

3. Defendant Advanced Correctional Healthcare, Inc., is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Peoria, Illinois.

JURISDICTION

4. 4. Plaintiff adopts and realleges each preceding paragraph as if fully set forth herein.

5. Jurisdiction is proper in this Court pursuant to 28 USC § 1332, as the parties hereto are of completely diverse citizenship and the amount in controversy exceeds Seventy-Five Thousand and 0/100 Dollars ($75,000.00).

WHEREFORE, PREMISES CONSIDERED, plaintiff demands judgment against ACH in such an amount as a jury may assess as just, including compensatory and punitive damages and the costs of this action. Plaintiff requests such other, further and different relief to which it may be entitled.

Respectfully submitted,
/s/ Mary-Ellen Bates
Mary-Ellen Bates
Attorney for Plaintiff

**OF COUNSEL:**
BATES, HETZEL, PC
The McAdory Building
2013 1st Avenue North, Suite 450
Birmingham, Alabama 35203
Telephone: (205) 453-0060
Facsimile: (205) 453-0042

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record by filing same with the Court''s ECF Electronic Filing System, which will deliver a copy to the below named counsel of record on this the 24th day of May, 2015.

J. Rushton McClees, Esq.
B. Ashten Kimbrough, Esq.
Sirote & Permutt, PC
2311 Highland Avenue South
Birmingham, Alabama 35255

Rob Riley, Esq.
Riley & Jackson, PC
3530 Independence Drive
Birmingham, Alabama 35209

<s> *Mary-Ellen Bates*
OF COUNSEL