FILED
2015 Aug-06 AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HEALTH ASSURANCE, LLC** | ) | |
| **PLAINTIFF,** | ) | **2:12-CV-12-3634** |
| **V.** | ) | |
| **ADVANCED CORRECTIONAL HEALTHCARE, INC.; ET AL.** | ) | |
| **DEFENDANTS.** | ) | |

## DEFENDANT'S BILL OF COSTS

COMES NOW Defendant Advanced Correctional Healthcare, Inc. ("Defendant"), and in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54.1, submits its Bill of Costs to this Court.

## DEPOSITION EXPENSES

Defendant avers that each of the depositions listed below were "necessarily obtained for use in the case" as set out in 28 U.S.C. § 1920. In fact, a portion of each of the depositions was used and cited to in some capacity by Defendant or Plaintiff during summary judgment briefing. Therefore, pursuant to 28 U.S.C. § 1920(2), Defendant seeks recovery of $2,909.05 in costs for the transcripts necessarily obtained in this case.

Court Reporter Fees

True and correct copies of all court reporter invoices detailed below are attached collectively as Exhibit "1."[1]

| | |
|---|---|
| Transcript of Lorrie Leuthold | $ 214.00 |
| Transcripts of Dr. Carl Reddix, LaGrand Elliot, And Hattie Armstrong | $ 1,261.00 |
| Transcript Dr. Norman Johnson | $ 264.80 |
| Transcripts of Dr. Melissa Caldwell, Deborah Ash, and Sherri Miller | $ 472.40 |
| Transcripts of Dr. Carl Reddix and Captain Ron Eddings | $ 501.85 |
| Transcript of Dr. Michael Chandler | $ 195.00 |

**PHOTOCOPYING**

| | |
|---|---|
| Photocopies/duplicating | $ 210.95 |
| Copies used/made for discovery purposes and deposition preparation/exhibits | |

| | |
|---|---|
| **TOTAL AMOUNT OF BILL OF COSTS** | **$ 3,120.00** |

Respectfully submitted,

s/J. Rushton McClees
J. Rushton McClees
B. Ashten Kimbrough Seay
Attorneys for Defendants, Advanced Correctional Healthcare, Inc.

[1] All transcripts are from Freedom Court Reporting.



DOCSBHM\2079186\2

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
rmclees@sirote.com
aseay@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the Pacer e-filing system, which will send notification of such filing to the following:

Mary-Ellen Bates
Bates, Hetzel, PC
The McAdory Building
2013 1st Ave. N., Suite 450
Birmingham, Alabama 35203

Rob Riley, Esq.
James E. Murrill, Jr., Esq.
Riley & Jackson, P.C.
1744 Oxmoor Road
Birmingham, Alabama 35209

s/J. Rushton McClees
OF COUNSEL

# Exhibit "1"

# INVOICE

**FREEDOM**
FREEDOMREPORTING.COM
Phone: 205-397-2397 local • 877-373-3660 toll free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190914 | 9/8/2014 | 154363 |
| **Job Date** | **Case No.** | |
| 8/27/2014 | CV-12-RRA-3634-S | |
| **Case Name** | | |
| Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Lorri Leuthold | 86.00 Pages | 193.50 |
| Exhibit | 30.00 Pages | 10.50 |
| Condensed | | 10.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE >>>** | **$214.00** |

Reporter: Shannon Carroll
Condensed sent in lieu of full size, per reporter's instructions.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Job No. : 154363 BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.
Invoice No. : 190914 Invoice Date : 9/8/2014
**Total Due : $ 214.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185550 | 6/27/2014 | 149045 |

| Job Date | Case No. |
|---|---|
| 6/4/2014 | CV-12-RRA-3634-S |

| Case Name |
|---|
| Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll Free

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| Hattie Armstrong | 46.00 Pages | 184.00 |
| Condensed | | 10.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| LaGrand Elliott | 127.00 Pages | 508.00 |
| Condensed | | 10.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Dr. Carl Reddix | 101.00 Pages | 404.00 |
| Full Day Per Diem | | 120.00 |
| Condensed | | 10.00 |
| Depo Drive | | 15.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE >>>** | **$1,261.00** |

OUT-OF-STATE INVOICE ~ Job Taken in: Jackson, Mississippi by Katie Lusk. Local rates apply.
No exhibits copied, per reporter's instructions. Tabs included for 28,29 and 30 to add to your binder.

********ALL OUT-OF-STATE INVOICES ARE DUE UPON RECEIPT*******
Thank you for choosing Freedom ~ We appreciate your business!

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Invoice No. : 185550
Invoice Date : 6/27/2014
**Total Due : $ 1,261.00**

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

Job No. : 149045
BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.

# INVOICE

**FREEDOM**
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll Free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194172 | 10/13/2014 | 156054 |
| **Job Date** | **Case No.** | |
| 10/2/2014 | CV-12-RRA-3634-S | |
| **Case Name** | | |
| Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Norman Johnson | 98.00 Pages | 254.80 |
| Condensed | | 10.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE >>>** | **$264.80** |

OUT-OF-STATE INVOICE ~ Job Taken in: Peoria, Illinois by our affiliate. Local rates apply.
Expert witness
Read & sign sent via email on 10/10/14.
Etran sent 10/10/14. Invoiced at 6 day expedited rates.

********ALL OUT-OF-STATE INVOICES ARE DUE UPON RECEIPT*******
Thank you for choosing Freedom ~ We appreciate your business!

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Job No. : 156054 BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.
Invoice No. : 194172 Invoice Date : 10/13/2014
**Total Due : $ 264.80**

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll Free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194438 | 10/14/2014 | 156053 |
| **Job Date** | **Case No.** | |
| 10/1/2014 | CV-12-RRA-3634-S | |
| **Case Name** | | |
| Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Deborah Ash | 101.00 Pages | 227.25 |
| Exhibit | 161.00 Pages | 56.35 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| 1 COPY OF TRANSCRIPT OF: | | |
| Melissa Caldwell | 51.00 Pages | 114.75 |
| Exhibit | 6.00 Pages | 2.10 |
| 1 COPY OF TRANSCRIPT OF: | | |
| Sherri Miller | 25.00 Pages | 56.25 |
| Exhibit | 2.00 Pages | 0.70 |
| | **TOTAL DUE >>>** | **$472.40** |

OUT-OF-STATE INVOICE ~ Job Taken in: Peoria, Illinois by our affiliate. Local rates apply.
Read & signs for all three witnesses sent via email on 10/14/14 to: rmcclees@sirote.com
Condensed sent in lieu of full size transcripts, per reporter's instructions. Standard page rates apply.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Job No. : 156053 BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.
Invoice No. : 194438 Invoice Date : 10/14/2014
**Total Due : $ 472.40**

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193861 | 10/8/2014 | 156888 |

| Job Date | Case No. |
|---|---|
| 10/6/2014 | CV-12-RRA-3634-S |

**Case Name**

Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.

**Payment Terms**

Due upon receipt

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Capt. Ron Eddings | 58.00 Pages | 130.50 |
| Exhibit | 3.00 Pages | 1.05 |
| Condensed | | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Dr. Carl Reddix | 76.00 Pages | 273.60 |
| Exhibit | 62.00 Pages | 21.70 |
| Half Day Per Diem | | 60.00 |
| Condensed | | 0.00 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE >>>** | **$501.85** |

Reporter: Allison Miller
**Condensed as transcript per request**Read & Sign of Dr. Reddix sent c/o witness**

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt. tw

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Job No. : 156888 BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.
Invoice No. : 193861 Invoice Date : 10/8/2014
**Total Due : $ 501.85**

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

FREEDOM
FREEDOMREPORTING.COM
Phone: 205-397-2397 Local • 877-373-3660 Toll Free

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193984 | 10/9/2014 | 156890 |

| Job Date | Case No. |
|---|---|
| 10/7/2014 | CV-12-RRA-3634-S |

**Case Name**

Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.

**Payment Terms**

Due upon receipt

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Dr. Michael Chandler | 80.00 Pages | 180.00 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE >>>** | **$195.00** |

Reporter: Allison Miller
Condensed sent in lieu of full size transcript, per your request.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt.

**Tax ID:** 20-2776665

*Please detach bottom portion and return with payment.*

J. Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

Job No. : 156890 BU ID : FCR
Case No. : CV-12-RRA-3634-S
Case Name : Health Assurance, LLC vs. Advanced Correctional Healthcare, Inc.
Invoice No. : 193984 Invoice Date : 10/9/2014
**Total Due : $ 195.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Freedom Court Reporting, Inc**
**2015 3rd Avenue North**
**Birmingham, AL 35203**