FILED
2015 Aug-31 AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HEALTH ASSURANCE, LLC** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **2:12-CV-12-3634** |
| **V.** | ) | |
| | ) | |
| **ADVANCED CORRECTIONAL HEALTHCARE, INC.; ET AL.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**JOINT REPORT REGARDING DEFENDANT'S BILL OF COSTS**

COME NOW Plaintiff Health Assurance, LLC and Defendant Advanced Correctional Healthcare, Inc. and hereby file this Joint Report Regarding Defendant's Bill of Costs in response to this Court's Order dated August 17, 2015.

The parties have conferred and Plaintiff has agreed to withdraw its opposition to Defendant's Bill of Costs. Defendant claims an opposed total of $3,120.00 as costs in this matter and the parties respectfully request this Court enter an Order accordingly.

Submitted this the 31st day of August, 2015.

Respectfully submitted,

s/ Mary-Ellen Bates
Mary-Ellen Bates
Attorney for Plaintiff Health Assurance, LLC

**BATES, HETZEL, PC**
The McAdory Building
2013 1st Ave. N., Suite 450
Birmingham, Alabama 35203

s/J. Rushton McClees
J. Rushton McClees
B. Ashten Kimbrough Seay
Attorneys for Defendant, Advanced Correctional Healthcare, Inc.

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
rmclees@sirote.com
aseay@sirote.com